In the Matter of the Application of SAMUEL A. MALITZ, Respondent, for an Order Permitting Him to Institute Suit against the HOTEL GOVERNOR CLINTON, INC., Appellant, Pursuant to Section 1078 of the Civil Practice Act.— Orders reversed, with twenty dollars costs and disbursements, and motion denied, with

---

* Revd., 266 N. Y. 184.

ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.; Martin and O'Malley, JJ., dissent and vote for affirmance.